**FILED**

April 5, 2023

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
By:_____NM_____
Deputy

**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION**

**Case No: SA:23-CR-00185-FB**

UNITED STATES OF AMERICA

Plaintiff

v.

JOSE EMIGDIO Q. MENDOZA

Defendant

**INDICTMENT**

**COUNT 1:** 18 U.S.C. § 922(a)(1)(A)
Dealing Firearms Without a License

**COUNTS 2-4:** 18 U.S.C. § 922(a)(6)
Falsifying Information When Buying
Firearms

THE GRAND JURY CHARGES:

**COUNT ONE
[18 U.S.C. § 922(a)(1)(A)]**

From on or about December 23, 2019, to on or about March 11, 2023, in the Western District of Texas, Defendant,

**JOSE EMIGDIO Q. MENDOZA**

not being a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, did willfully engage in the business of dealing in firearms, in violation of Title 18, United States Code, Section 922(a)(1)(A).

**COUNT TWO
[18 U.S.C. § 922(a)(6)]**

On or about March 10, 2023, in the Western District of Texas, Defendant,

**JOSE EMIGDIO Q. MENDOZA**

in connection with the acquisition of a firearm, to wit, a Barrett Firearms Manufacturing, M107A1, .50 caliber rifle, bearing serial number AE010248, from Rooftop Tactical Arms LLC, Inc.

1

("Rooftop Tactical Arms"), a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious written statement to Rooftop Tactical Arms, located at 501 Congress Ave., Ste. 150, Austin, Texas, which statement was intended and likely to deceive Rooftop Tactical Arms as to a fact material to the lawfulness of such acquisition of the said firearm to the defendant under chapter 44 of Title 18, in that **JOSE EMIGDIO Q. MENDOZA** executed a Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives form 4473, Firearms Transaction Record, stating he was the actual buyer of the firearm indicated on the Form 4473, when in fact as he then knew, he was not the actual buyer of the firearm, in violation of Title 18, United States Code, Section 922(a)(6).

## COUNT THREE
### [18 U.S.C. § 922(a)(6)]

On or about March 10, 2023, in the Western District of Texas, Defendant,

### JOSE EMIGDIO Q. MENDOZA

in connection with the acquisition of a firearm, to wit, an FNH USA, M249S, 5.56 caliber rifle, bearing serial number M249SA08118, from The Gun Range, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious written statement to The Gun Range, located at 2401 S. Fort Hood St., Killeen, Texas, which statement was intended and likely to deceive The Gun Range as to a fact material to the lawfulness of such acquisition of the said firearm to the defendant under chapter 44 of Title 18, in that **JOSE EMIGDIO Q. MENDOZA** executed a Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives form 4473, Firearms Transaction Record, stating he was the actual buyer of the firearm indicated on the Form 4473, when in fact as he then knew, he was not the actual buyer of the firearm, in violation of Title 18, United States Code, Section 922(a)(6).

2

## COUNT FOUR
### [18 U.S.C. § 922(a)(6)]

On or about March 11, 2023, in the Western District of Texas, Defendant,

**JOSE EMIGDIO Q. MENDOZA**

in connection with the acquisition of firearms, to wit, an FN Herstal, SCAR 17S, 7.62/.308 caliber rifle, bearing serial number H1C17156, and an FN Herstal SCAR 17S, 7.62/.308 caliber rifle, bearing serial number H1C18973, from Nagel's Gun Shop, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious written statement to Nagel's Gun Shop, located at 6201 San Pedro Ave., San Antonio, Texas, which statement was intended and likely to deceive Nagel's Gun Shop as to a fact material to the lawfulness of such acquisition of the said firearms to the defendant under chapter 44 of Title 18, in that **JOSE EMIGDIO Q. MENDOZA** executed a Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives form 4473, Firearms Transaction Record, stating he was the actual buyer of the firearms indicated on the Form 4473, when in fact as he then knew, he was not the actual buyer of the firearms, in violation of Title 18, United States Code, Section 922(a)(6).

## NOTICE OF UNITED STATES OF AMERICA'S DEMAND FOR FORFEITURE
### [*See* Fed. R. Crim. P. 32.2]

### Firearms Violations and Forfeiture Statutes
**[Title 18 U.S.C. § 922(a)(1)(A) and (a)(6), subject to forfeiture pursuant to Title 18 U.S.C. § 924(d)(1), made applicable to criminal forfeiture by Title 28 U.S.C. § 2461(c)]**

As a result of the criminal violations set forth in Counts One through Four, the United States gives notice to the Defendant of its intent to seek the forfeiture of the properties described below upon conviction and pursuant to Fed. R. Crim. P. 32.2 and Title 18 U.S.C. § 924(d)(1), made applicable to criminal forfeiture by Title 28 U.S.C. § 2461(c), which states:

3

**Title 18 U.S.C. § 924. Penalties**

**(d)(l)** Any firearm or ammunition involved in or used in any knowing violation of subsection . . . (a) . . . of section 922 . . . shall be subject to seizure and forfeiture . . . under the provisions of this chapter. . .

This Notice of Demand for Forfeiture includes but is not limited to the following properties:

1. FNH USA M249S belt-fed 5.56 caliber rifle, bearing serial number M249SA08118;
2. Barrett Firearms M107A1 .50 BMG rifle, bearing serial number AEO10248;
3. FN Herstal, SCAR 17S, 7.62/.308 caliber rifle, bearing serial number H1C17156;
4. FN Herstal SCAR 17S, 7.62/.308 caliber rifle, bearing serial number H1C18973; and
5. Any and all firearms, ammunition, and/or accessories involved in or used in the commission of the criminal offenses.

A TRUE BILL

FOREPERSON OF THE GRAND JURY

JAIME ESPARZA
UNITED STATES ATTORNEY

BY: _____
FOR WILLIAM F. CALVE
Assistant United States Attorney

4